## COREY TURNER *v.* COMMISSIONER OF CORRECTION

The petitioner Corey Turner's petition for certification for appeal from the Appellate Court, 86 Conn. App. 341 (AC 23024), is denied.

*James M. Fox*, special public defender, in support of the petition.

*Marjorie Allen Dauster*, senior assistant state's attorney, in opposition.

Decided January 3, 2005